UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NOLAN RENIE, DESTINI RENIE, and ADAM RENIE, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No.   1:21-CV-00203-JPH-MG |
| v. | ) ) ) |
| CHARLES A. BEARD SCHOOL CORPORATION and its BOARD OF EDUCATION, | ) ) ) ) |
| Defendants. | ) |

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 21.
> JPH, 9/23/2021
> Distribution via ECF.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Nolan Renie, Destini Renie and Adam Renie and Defendants Charles A. Beard School Corporation and Its Board of Education, by their respective counsel, stipulate and agree to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 22nd day of September, 2021.

FOR PLAINTIFFS,
Nolan Renie, Destini Renie & Adam Renie:

**/s/ Alexandra M. Curlin** *w/ permission*
Alexandra M. Curlin
CURLIN & CLAY LAW
8510 Evergreen Ave., Ste. 200
Indianapolis, Indiana 46240
amcurlin@curlinclaylaw.com

FOR DEFENDANTS,
Charles A. Beard School Corp. and its
Board of Education:

**/s/ Alexander P. Pinegar**
Alexander P. Pinegar
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN  46060
apinegar@cchalaw.com